UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

SLEIMAN SLEIMAN and APACHE MUSIC IVS,

                            Plaintiffs,

        -against-

DANIEL HERNANDEZ p/k/a TEKASHI69 a/k/a
6IX9INE, TEKASHI69 PUBLISHING, INC,
TENTHOUSAND PROJECTS, LLC, and
S.C.U.M GANG INC.,

                         Defendants.

-------------------------------------------------------------------- x

Case No. 1:19-cv-02298-PKC-RML

**CERTIFICATE OF DEFAULT**

       I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant S.C.U.M Gang Inc. has not filed an answer or otherwise moved with respect to the amended complaint herein. The default of defendant S.C.U.M. Gang Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:   September 30 , 2019
          Brooklyn, New York

                                        Douglas C. Palmer, Clerk of Court

                                     By: _/s/Jalitza Poveda_
                                            Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

SLEIMAN SLEIMAN and APACHE MUSIC IVS,

                                    Plaintiffs,

            -against-

DANIEL HERNANDEZ p/k/a TEKASHI69 a/k/a
6IX9INE, TEKASHI69 PUBLISHING, INC,
TENTHOUSAND PROJECTS, LLC, and
S.C.U.M GANG INC.,

                                    Defendants.
---------------------------------------------------------------- x

Case No. 1:19-cv-02298-PKC-RML

**CERTIFICATE OF DEFAULT**

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Tekashi69 Publishing, Inc. has not filed an answer or otherwise moved with respect to the amended complaint herein. The default of Defendant Tekashi69 Publishing, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:    September 30, 2019
          Brooklyn, New York

                                    Douglas C. Palmer, Clerk of Court

                                    By: _/s/Jalitza Poveda_____
                                          Deputy Clerk